**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Crystal Lee Endsley and William Brice Endsley
(deceased), Defendants,

Of whom Crystal Lee Endsley is the Appellant.

In the interests of minors under the age of eighteen.

Appellate Case No. 2024-000296

———————

Appeal From Kershaw County
C. Vance Stricklin, Jr., Family Court Judge

———————

Unpublished Opinion No. 2024-UP-395
Submitted November 14, 2024 – Filed November 22, 2024

———————

**AFFIRMED**

———————

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellant.

Kimberly L.B. Simmons, of South Carolina Department
of Social Services, of Columbia, for Respondent.

Thomas M. Neal, III, of Law Offices of Thomas M. Neal, III, of Columbia, for the Guardian ad Litem.

---

**PER CURIAM:**  Crystal Lee Endsley appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Endsley's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and MCDONALD and TURNER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.